■ U.S. Bank National Association, Appellant, v Wentz Mayala et al., Defendants, and Juan Vega et al., Respondents. (Action No. 1.) Juan Vega et al., Respondents, v Wentz Mayala et al., Defendants, and MERS et al., Appellants. (And a Third-Party Action.) (Action No. 2.) [928 NYS2d 643]—

Contrary to the appellants' contention, in opposition to the respondents' prima facie showing in both action No. 1 and action No. 2 that they are and have been the owners of a two-thirds interest in the subject real property since September 1991, the appellants, in their respective opposition papers, failed to raise a triable issue of fact as to the affirmative defenses of adverse possession (*see* RPAPL 541; *Myers v Bartholomew*, 91 NY2d 630, 633-635 [1998]; *Culver v Rhodes*, 87 NY 348, 355 [1882]; *Perez v Perez*, 228 AD2d 161, 162 [1996]; *Perkins v Volpe*, 146 AD2d 617, 617-618 [1989]; *Knowlton Bros. v New York Air Brake Co.*, 169 App Div 324, 334 [1915]) or laches (*see Kraker v Roll*, 100 AD2d 424, 432-435 [1984]). Also contrary to the appellants' contention, under the circumstances, the Supreme Court properly declared the subject mortgages invalid in their entirety (*see Cruz v Cruz*, 37 AD3d 754, 754 [2007]; *see also First Natl. Bank of Nev. v Williams*, 74 AD3d 740, 742 [2010]; *Johnson v Melnikoff*, 65 AD3d 519, 520-521 [2009]; *see generally Filowick v Long*, 201 AD2d 893, 893 [1994]). Rivera, J.P., Covello, Florio and Lott, JJ., concur.